**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:18-cr-00018-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| JEAN ANGELA ORTEGA, | ) | |
| Defendant. | ) | |

The defendant, JEAN ANGELA ORTEGA was charged by complaint of one count of assault resulting in serious bodily injury in violation of 18 U.S.C. §§ 113(a)(6), 1151, and 1153 (ECF No. 1).

On August 15, 2018, the government filed a motion for a competency hearing and a psychiatric evaluation to determine the defendant's competency to stand trial (ECF No. 24). The court conducted a hearing on the motion on August 22, 2018.

**IT IS HEREBY ORDERED** that in accordance with 18 U.S.C. § 4241 and § 4247, and under the inherent powers of the court to order such examination, the United States Marshal Service shall transport JEAN ANGELA ORTEGA, defendant herein, to a suitable Federal Medical

1

Facility closest to the court, designated by the U.S. Bureau of Prisons, in order to determine if defendant currently suffers from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings filed against her or assist an attorney in her own defense.

This court has authority to order a psychiatric or psychological examination of defendant to determine whether defendant currently suffers from a mental disease or defect rendering her mentally incompetent to stand trial at this time. *See* 18 U.S.C. § 4241(b).

**IT IS FURTHER ORDERED** that defendant shall be held in said facility for a reasonable period of time, not to exceed (30) days from the date of her placement in the facility, unless extended by further order of the court upon application of the Director of the said facility, or pursuant to other appropriate motion, or upon order entered by the court, *sua sponte*, for a period of up to fifteen (15) additional days pursuant to 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED** that, when Defendant has completed the examination, and her presence is no longer required at the medical facility, she shall be transported forthwith back to the District of Nevada.

**IT IS FURTHER ORDERED** that the examination conducted pursuant to this Order be by one or more licensed or certified psychiatrists or psychologists pursuant to 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED** that within twenty-five (25) days from the date of her placement in the facility, or such additional period as may be ordered by the Court, the Director of the said facility at which the examination has been conducted shall prepare, or cause to

2

be prepared, a psychiatric or psychological report of defendant and that she shall send copies of such psychiatric or psychological report to the Clerk of the United States District Court for the District of Nevada, to Sue Fahami, Assistant United States Attorney, and to Kate Berry and Chris Frey, counsel for defendant ORTEGA pursuant to 18 U.S.C. § 4241(b) and § 4247(b) and (c).

**IT IS FURTHER ORDERED** that the said report prepared pursuant to 18 U.S.C. § 17, § 4241(b), and §4247(b) and (c) as per this Order shall include:

(1) Defendant's history and present symptoms;
(2) A description of the psychiatric, psychological or medical tests that were employed and their results;
(3) The examiner's findings;
(4) The examiner's opinions as to diagnosis, prognosis; and
(5) The examiner's opinions as to whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings filed against her or assist her attorney in her own defense. Thus, rendering her incompetent to stand trial at this time.

. . .
. . .
. . .
. . .

The court finds that the period of time required by the above-described psychiatric or psychological examination of defendant, and the court's determination of defendant's competency to go forward with

3

trial, is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A).  Therefore, the current calendar call and trial date shall be vacated.

IT IS SO ORDERED.

DATED: This 22nd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE